ACCEPTED
05-19-00197-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/23/2019 4:42 PM
LISA MATZ
CLERK

No. __05-19-00197-CV__

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
04/23/2019 4:42:00 PM
LISA MATZ
Clerk

_____

IN THE COURT OF APPEALS,
FIFTH DISTRICT OF TEXAS
DALLAS

_____

IN THE INTEREST OF V.I.P.M., A CHILD

_____

APPELLANT'S REQUEST FOR REPORTER'S RECORD
AND SUPPLEMENTAL CLERK'S RECORD

_____

TO THE HONORABLE JUSTICES OF THE FIFTH COURT OF APPEALS:

Appellant BRADLEY B. MILLER, appearing before the Court on his own behalf, files this *Request* pursuant to TEX. R. APP. § R. 34.5 and 35.6.

## I. Reporter's Record

Appellant Miller requested the Reporter's Record from the court reporter of the 330th Family District Court in writing (via email) on February 12, 2019. Appellant now further clarifies that he requires the trial-court Reporter's Record for relevant hearings that took place on the following dates:

**APPELLANT'S REQUEST FOR REPORTER'S / CLERK'S RECORD - PAGE 1**

11/17/2016 (Required to demonstrate pattern of 28 U.S. Code § 1446 violations.)
11/20/2017
1/29/2018
2/19/2018 (if any)
3/27/2018 (Recusal hearing before Judge Kent Sims)
6/7/2018
7/16/2018 (including conference and ruling on de novo hearing)
8/6/2018 (including ruling on de novo hearing)
8/8/2018
8/21/2018 (including ruling denying de novo hearing setting)
10/22/2018 (i.e. trial)
1/14/2019

Appellant also requests that the trial-court court reporter provide **all exhibits** that were offered into evidence at the hearings listed above.

Appellant also requests that the trial-court court reporter provide the Reporter's Record from any other hearings that the trial court finds relevant to the enforcement action that is the subject of this appeal, and any exhibits from such hearings.

Appellant has previously provided the above list of relevant hearings to the court reporter of the 330th Family District Court via email on April 19, 2019. The trial-court court reporter has not yet filed the Reporter's Record.

## II.  Supplemental Clerk's Record

The trial court filed the Clerk's Record on February 25, 2019. Appellant Miller now requests that the trial court provide a supplemental Clerk's Record

containing the following relevant documents:

| 11/15/2016 | Objections (to Entry of proposed Order) |
| 11/17/2016 | Notice of Case Removal to the U.S. District Court |
| 11/17/2016 | Notice of Petition and Verified petition for Warrant of Removal |
| 11/17/2016 | Final Order (in custody modification case, signed by Judge Andrea Plumlee) |
| 11/21/2017 | (Citation, AND signed return of service dated 12/14/2017) |
| 06/07/2018 | Notice of Case Removal to the U.S. District Court |
| 06/07/2018 | Temporary Order |
| 06/12/2018 | Emergency Special Appearance |
| 06/12/2018 | Notice of Appeal of AJ (Request for De Novo Hearing on Temporary Orders) |
| 06/18/2018 | Associate Judge's Report |
| 06/19/2018 | Notice of Appeal of AJ (Request for De Novo Hearing on Special Appearance) |
| 07/10/2018 | Correspondence - Judgment Attached |
| 08/08/2018 | Order Appointing Attorney |
| *08/24/2018 | Respondent's Objection to Entry of Proposed "Order Denying Respondent's Request for De Novo Hearing On Temporary Orders" |

[*Note: This document was filed, and Appellant has a file-stamped copy, but the filing is missing from the docket sheet in the trial-court case.]

Appellant has previously provided the above list of relevant documents to the court reporter of the 330th Family District Court via email on March 8, 2019 and April 19, 2019.

Appellant asserts that the above-listed items are necessary for the purposes of the instant appeal.

PRAYER:

Appellant Miller prays that the Court instruct the court reporter of the 330th Family

District Court to provide the Reporter's Record and supplemental Clerk's Record

as requested.

Respectfully submitted,

/s/ Bradley B. Miller
Bradley B. Miller
Party Pro Se
5701 Trail Meadow Dr.
Dallas, Texas 75230
(214) 923-9165 Telephone
tech@bbmcs.com

**APPELLANT'S REQUEST FOR REPORTER'S / CLERK'S RECORD - PAGE 4**

CERTIFICATE OF SERVICE

I certify that on April 23, 2019, the foregoing document was served via the Court's electronic filing manager upon Respondents and upon counsel for real parties in interest in compliance with the Texas Rules of Appellate Procedure Section 9.5 (b) (1).

*Via E-file*

(Assistant Texas Attorney General)
Rande Herrell  (Bar Card # 09529400        csd-appeals@texasattorneygeneral.gov

(Counsel for Appellee Virginia Talley Dunn)
Patricia Rochelle  (Bar Card # 13732050)    prochelle@romclaw.com
David Findley  (Bar Card # 24040901)       dfindley@bsdslaw.com

Dated this 23rd day of April, 2019.

/s/ Bradley B. Miller
Bradley B. Miller
Party Pro Se

**APPELLANT'S REQUEST FOR REPORTER'S / CLERK'S RECORD - PAGE 5**

## VERIFICATION

STATE OF TEXAS       §
                                   §

COUNTY OF DALLAS     §

Before me, the undersigned notary, on this day personally appeared Bradley B. Miller, a person whose identity is known to me. After I administered an oath to him, upon his oath he said the following:

"My name is Bradley B. Miller. I am over twenty-one (21) years of age, of sound mind, and am capable of making this document. The facts stated in this document are within my personal knowledge and are true and correct. I am a Party Pro Se, and I prepared this document."

Signed this 23rd day of April, 2019.

_____
Bradley B. Miller, Affiant

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this 23rd day of April, 2019.

_____
Notary Public in and for the State of Texas

My commission expires: _____October 17, 2022_____



TRISTEN PAIGE WILSON
Notary ID #131763331
My Commission Expires
October 17, 2022

**APPELLANT'S REQUEST FOR REPORTER'S / CLERK'S RECORD - PAGE 6**